UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRUSTEES OF THE PLUMBERS and STEAMFITTERS
LOCAL 21 WELFARE FUND

                                                      Docket No.
                                                      **Rule 7.1 Statement**

                            Plaintiffs,

        -against-

MELANIE McINTYRE                   **08 CIV. 5262**

                            Defendant.
-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Melanie McIntryre. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      None

**JUDGE ROBINSON**

Date: June 4, 2008

                                               S/Danielle M. Carney
                                               **Signature of Attorney**

                                               **Attorney Bar Code: DMC 7471**