UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 WELFARE FUND,

                Docket No. 08-CV-5262
                (Robinson)

          Plaintiffs,

                **REQUEST FOR ENTRY**
   -against-             **OF DEFAULT JUDGMENT**

MELANIE McINTYRE

          Defendant.
-----------------------------------------------------------------x

To:    Clerk of the United States District Court for the
        Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Melanie McIntyre, having failed to appear in this action, the time for appearing having expired, you are requested to enter a Default Judgment in favor of Plaintiff, Trustees of the Plumbers & Steamfitters Local 21 Welfare Fund against the Defendant, Melanie McIntyre in the sum of $6,503.84 which includes delinquent COBRA payments, interest, court costs and reasonable attorney's fees.

Dated: July 24, 2008

                                            DANIELLE M. CARNEY (DMC 7471)
                                            BARNES, IACCARINO, VIRGINIA,
                                            AMBINDER & SHEPHERD, PLLC
                                            3 Surrey Lane, Suite 200
                                            Hempstead, NY 11550
                                            (516) 483-2990

To:    Melanie McIntyre
        8 Concord Drive
        Cortlandt Manor, NY 10567