UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 WELFARE FUND,

                                      Plaintiffs,

        -against-

MELANIE McINTYRE

                                Defendant.
------------------------------------------------------------------x

Docket No. 08-CV-5262
        (Robinson)

**STATEMENT OF DAMAGES**

| | |
|---|---|
| Principal Amount Due………………………………………….. | $ 4,044.40 |
| Interest calculated at (10%) …………….…………………………… | $ 404.44 |
| Total:………………………………………………………………. | $ 4,448.84 |
| Reasonable Attorneys' Fees pursuant to the Collective Bargaining Agreement…………………………….. | $ 1,580.00 |
| Filing Fees (Index)……………………………………………….. | $ 350.00 |
| Process Server Fee……………………………………………….. | $ 125.00 |
| Total:………………………………………………………………. | $ 2,055.00 |
| **GRAND TOTAL:**………………………………………………….. | $ 6,503.84 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 WELFARE FUND,                            Docket No. 08-CV-5262
                                                  (Robinson)

                          Plaintiffs,

        -against-                                 **DEFAULT JUDGMENT**


MELANIE McINTYRE

                          Defendant.
----------------------------------------------------------x

    This action having been commenced on June 9, 2008 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, on June 25, 2008 and a proof of service having been filed on July 23, 2008 and the Defendant not having appeared answered or otherwise moved with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the Plaintiff has a Judgment against the Defendant in the liquidated amount of $6,503.84 which includes the delinquent COBRA payments in the amount of $6,503.84, interest calculated at 10% amounting to $404.44, reasonable attorney fees in the amount of $1,580.00 plus costs and disbursements of this action amounting to $475.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiff be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:

                      So Ordered:

                      _____
                      Honorable Stephen C. Robinson, U.S.D.J.

                      This document was entered on the docket on

                      _____
                      Judgment Entered:

                      _____
                      Clerk

                      By:_____
                            Deputy Clerk

AFFIDAVIT OF SERVICE

Index No.: CV-08-5262

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

    I, JoAnn Podurgiel, being duly sworn, deposes and states as follows:

    That deponent is not a party to this action, is over 18 years of age, and resides in the State of New York, County of Nassau.

    On the 25th day of July 2008, your deponent served MELANIE McINTYRE with a REQUEST FOR DEFAULT JUDGMENT and SUPPORTING DOCUMENTS by depositing a true copy thereof enclosed in a post-paid wrapper, via Regular Mail in an official depository under the exclusive care and custody of United State Postal Service addressed to:

TO:   Melanie McIntyre
       8 Concord Drive
       Cortlandt Manor, NY 10567

_JoAnn Podurgiel_

Sworn to before me:
this 25 day of July, 2008

_Notary Public_

DANIELLE M. NICOLAS-CARNEY
Notary Public, State of New York
No. 4980794
Qualified in Suffolk County
Commission Expires April 29, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 WELFARE FUND,                                    Docket No. 08-CV-5262
                                                                  (Robinson)

                                Plaintiffs,

                                                                   **CLERK'S CERTIFICATE**

     -against-

MELANIE McINTYRE

                                Defendant.
-----------------------------------------------------------------x

       I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate the Defendant, MELANIE McINTYRE was served with a copy of the Summons and Complaint on June 25, 2008 with the Affidavit of Service filed with the court on July 23, 2008.

       I, further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.

       The Default of the Defendant is hereby noted.


                                                 By:_____
                                                    J. Michael McMahon

DATED: