UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 WELFARE FUND,   Docket No. 08-CV-5262
                                                    (Robinson)

                            Plaintiffs,

          -against-                              **DEFAULT JUDGMENT**

MELANIE McINTYRE

                            Defendant.
------------------------------------------------------------------x

This action having been commenced on June 9, 2008 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, on June 25, 2008 and a proof of service having been filed on July 23, 2008 and the Defendant not having appeared answered or otherwise moved with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired, it is,

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff has a Judgment against the Defendant in the liquidated amount of $6,503.84 which includes the delinquent COBRA payments in the amount of $6,503.84, interest calculated at 10% amounting to $404.44, reasonable attorney fees in the amount of $1,580.00 plus costs and disbursements of this action amounting to $475.00.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiff be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.

This document was entered on the docket on

_____
Judgment Entered:

_____
Clerk

By:_____
        Deputy Clerk